UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ismail S. Civ. No. 26-3593 (PAM/DLM)

Petitioner,

v. **ORDER**

Markwayne Mullin, Secretary, Department of Homeland Security, U.S. Department of Homeland Security; David J. Venturella, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement; David Easterwood, Field Office Director of Enforcement and Removal Operations, Minneapolis – St. Paul Field Office, Immigration and Customs Enforcement; and Joel Brott, Sheriff of Sherburne County, Minnesota, custodian of detainees at the Sherburne County Jail; in their official capacities,

Respondents.

---

This matter is before the Court on Petitioner's letter asking to withdraw his earlier letter requesting permission to file a motion to reconsider.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's letter requesting withdrawal of his earlier request (Docket No. 15) is **GRANTED** and Petitioner's letter requesting permission to file a motion to reconsider (Docket No. 12) is **DENIED**.

Dated: November 2, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge